## CREECH v. ALEXANDER, COMR. OF MOTOR VEHICLES

No. 46 PC.

Case below: 32 N.C. App. 139.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 1 November 1977.

## HUDSON v. HUDSON

No. 65 PC.

Case below: 34 N.C. App. 144.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 11 November 1977.

## INSURANCE CO. v. KNIGHT

No. 54 PC.

Case below: 34 N.C. App. 96.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 November 1977.

## LEVITCH v. LEVITCH

No. 47 PC.

Case below: 34 N.C. App. 56.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 1 November 1977.

## LITTLE v. FOOD SERVICE

No. 42 PC.

Case below: 33 N.C. App. 742.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 1 November 1977.